UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
THIRD DIVISION

---

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD McDOUGALL, Trustee,

Plaintiffs,

v.

SPINDRIFT, INC., a Minnesota Corporation,

Defendant.

---

Court File No. 00 CV 64 (PAM/JGL)

**STIPULATION FOR AMENDMENT TO PRETRIAL SCHEDULE**

The above-captioned parties, by their counsel, hereby stipulate to an amendment of the pretrial schedule as follows:

1. Discovery shall be completed (answered) no later than **March 15, 2001**;
2. All non-dispositive motions shall be heard no later than **April 15, 2001**;
3. All dispositive motions shall be heard no later than **May 15, 2001**;
4. The case shall be considered trial ready on or after **July 1, 2001**.

Dated: 02/01/01

ROBINS, KAPLAN, MILLER & CIRESI

J. Sebastian Stewart

Robert T. Kugler (#194116)
J. Sebastian Stewart (#0272383)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612)349-8500

So ordered.
SO ORDERED.
2-5-2001

JONATHAN LEBEDOFF
U.S. Magistrate Judge

FEB 06 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

And

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND
Craig G. Penrose
9377 W. Higgins Road
Rosemount, IL 60018-4938
(847)518-9800

ATTORNEYS FOR PLAINTIFFS

And

Dated: 1/31/01

JOHNSON LAW GROUP LLP

Scott A. Johnson (#124606)
Todd M. Johnson (#52061)
10801 Wayzata Boulevard, Suite 120
Minnetonka, MN 55305
(612)525-1224

ATTORNEYS FOR DEFENDANT SPINDRIFT, INC.