UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**NOTICE OF CIVIL CASES FOR TRIAL**

The following civil actions are set for trial before Judge Paul A. Magnuson at the U.S. Courthouse, Courtroom #1, Seventh Floor, 316 North Robert St., St. Paul, Minnesota. These cases are scheduled for trial on and after **Monday, August 6, 2001 @ 9:30 A.M.** The cases are listed in the order in which they are expected to be tried. Be aware, however, that your case may be called out of order, and that criminal trials take precedence over civil trials. **DO NOT REPORT UNTIL NOTIFIED BY THE CALENDAR CLERK.**

Counsel have the responsibility to stay in contact with other counsel as to the progress of all cases which are scheduled ahead of theirs. For the convenience of counsel, the names and telephone numbers of counsel in all cases are listed on the attached calendar. Your case will be tried as soon as possible and should be kept on a "**ready**" basis.

Counsel are directed to Local Rules for the District of Minnesota, specifically, Rule 39 regarding Trial Practice. Please submit pretrial materials pursuant to Trial Preparation Order. If Trial Preparation Order is not filed in your case, submit an **original and two copies** of pretrial materials referred in Rule 39 directly to Judge Magnuson's chambers, Room 730, 316 North Robert St., St. Paul, Minnesota, 55101, by the close of business, Wednesday, July 25, 2001. Counsel **MUST PREMARK ALL EXHIBITS** to be used or introduced at trial in the manner indicated in Rule 39. Blank exhibit lists are attached for your convenience and must be used when compiling your exhibit lists. (If trial materials already submitted, disregard)

Questions regarding the calendar may be directed to Suzanne M. Ruiz, Calendar Clerk to Judge Magnuson, 708 Federal Building, 316 North Robert St., St. Paul, Minnesota, 55101, (651) 848-1156.

Dated: May 10, 2001

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

FILED MAY 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

# CIVIL TRIAL CALENDAR BEFORE JUDGE MAGNUSON

---

| | | |
|---|---|---|
| 1. | Heidi Ott A.G., et al | **JURY TRIAL** |
| | v. Civil 99-1170 PAM/JGL | RE: Trademark |
| | Target Corp., et al | ELOT: 2 Weeks |
| | FOR PLAINTIFF: Donald Niles | 349-5740 (612) |
| | Norman Abramson | |
| | FOR DEFENDANT: John Gordon | 336-3000 (612) |
| | Kristin Eads | |
| | D. William Toone | 622-8484 (206) |
| | C. Dean Little | |
| | John A. Clifford | 332-5300 (612) |
| | Kristina Foudray | |
| | Larry Saret | 661-2100 (312) |
| | Martin Stern | |
| | Rita Abbati | |

---

| | | |
|---|---|---|
| 2. | PUR Water Purification, | **JURY TRIAL** |
| | v. Civil 99-749 PAM/JGL | RE: Patent Infringement |
| | Brita Products Company, et al | ELOT: 2 Weeks |
| | FOR PLAINTIFF: J. Thomas Vitt | 340-2600 (612) |
| | Peter Lancaster | |
| | FOR DEFENDANT: Jacob Holdreith | 607-7000 (612) |
| | Bridget Sullivan | |
| | Michael carlson | 813-5600 (650) |
| | Mark Pernick | |
| | Gerald Dodson | |
| | Kenneth Kuwayti | |

**CIVIL TRIAL CALENDAR BEFORE JUDGE MAGNUSON**

---

3. Janel Russell Designs, Inc. — **JURY TRIAL**

v. Civil 99-1028 PAM/JGL — RE: Copyright Infringement

Museum Reproductions, Inc. et al — ELOT: 1 Week

FOR PLAINTIFF: James Nikolai — 339-7461 (612)

FOR DEFENDANT: Daniel Maertens — 347-7000 (612)
Lora Mitchell

---

4. Infinity Products Inc. — **JURY TRIAL**

v. Civil 00-36 PAM/JGL — RE: Diversity/Breach Contract

Premier Plastics, LLC, et al. — ELOT: 3 Days

FOR PLAINTIFF: Christopher Madel — 344-1400 (612)
Anne Lockner

FOR DEFENDANT: Donald McNeil, Jr. — 344-1400 (612)
Frank Taylor — 333-3434 (612)
Patrick Reinken
Tina Syring-Petrocchi

---

5. Allen L. Beach — **JURY TRIAL**

v. Civil 00-754 PAM/JGL — RE: Job Discrimination (Sex)

Yellow Freight System — ELOT: 4 Days

FOR PLAINTIFF: Jeffrey Anderson — 227-9990 (651)
Barbara Felt

FOR DEFENDANT: Andrew Clark — 789-9000 (763)
Amanda C. DuPont
Steven L. Brenneman — 332-0777 (312)

**CIVIL TRIAL CALENDAR BEFORE JUDGE MAGNUSON**

| | | |
|---|---|---|
| 6. | Herman Overstreet | **JURY TRIAL** |
| | v. Civil 99-1994 PAM/JGL | RE: Job Discrimination (Race) |
| | Panelcraft of Minnesota, Inc., et al | ELOT: 4 Days |
| | FOR PLAINTIFF: Daniel Shulman<br>John Shulman<br>Jim Hilbert | 871-2909 (612) |
| | FOR DEFENDANT: Donald Horton | 646-2829 (651) |
| 7. | Central State, Southeast and Southwest | **JURY TRIAL** |
| | v. Civil 00-64 PAM/JGL | RE: Federal Question |
| | Spindrift Inc. | ELOT: 2 OR 3 Days |
| | FOR PLAINTIFF: Robert Kugler<br>Nauni Manty<br>J. Sebastian Stewart<br>Craig Penrose | 349-8500 (612)<br><br><br>518-9800 (847) |
| | FOR DEFENDANT: Todd Johnson<br>Scott Johnson | 525-1224 (612) |
| 8. | Sport Sales Inc., et al | **JURY TRIAL** |
| | v. Civil 00-107 PAM/JGL | RE: Breach of Contract |
| | Kaufman Footwear Corp. | ELOT: 10 Days |
| | FOR PLAINTIFF: Galen Watje<br>Edwin Sisam | 920-8877 (952) |
| | FOR DEFENDANT: Laura Hein<br>Michael Martinez<br>Shelly O'Callaghan<br>Helen Keuning | 343-2800 (612) |

# CIVIL TRIAL CALENDAR BEFORE JUDGE MAGNUSON

---

| | | | |
|---|---|---|---|
| 9 | Terry B. Jacobs, et al | | **JURY TRIAL** |
| | v. | Civil 00-1247 PAM/JGL | RE: Diversity/Personal Injury |
| | Alan T. Slaby, et al. | | ELOT: 3 Days |
| | FOR PLAINTIFF: Mark N.Stageberg | | 470-5242 (952) |
| | FOR DEFENDANT: Michael R. Quinlivan | | 332-1300 (612) |

---

| | | | |
|---|---|---|---|
| 10. | Tamra Haselman | | **JURY TRIAL** |
| | v. | Civil 00-1323 PAM/JGL | RE: Job Discrimination (emply) |
| | Ashland Inc., | | ELOT: 4 Days |
| | FOR PLAINTIFF: Donald H. Nichols<br>Steven A. Smith | | 338-1919 (612) |
| | FOR DEFENDANT: Kathleen M. Mahoney<br>David Wilk | | 605-2000 (651) |

**CIVIL TRIAL CALENDAR BEFORE JUDGE MAGNUSON**

---

11. Vatsal A. Munshi — **JURY TRIAL**

v. Civil 99-516 PAM/JGL — RE: Job Discrimination (race)

Alliant Techsystems Inc. — ELOT: 1 Week

FOR PLAINTIFF: James Ryan — 338-3872 (612)

FOR DEFENDANT: Joseph w. Hammell — 340-2600 (612)
Roy A. Ginsburg

---

12. John Saulsberry, — **JURY TRIAL**

v. Civil 00-1444 PAM/JGL — RE: Job Discrimination (emply)

St. Mary's University of Minnesota — ELOT: 4 to 5 Days

FOR PLAINTIFF: Steve Heikens — 305-4384 (612)

FOR DEFENDANT: Robert L. McCollum — 831-4980 (952)

LR39.1 Preparation for Trial in Civil Cases

(a) Setting the Trial Date

Each judge shall notify counsel in cases set on the judge's calendar at least 21 days in advance of the date the first case on the civil calendar is to be called. Cases on such calendar may be called on a peremptory basis. For information on calendar matters, counsel shall contact the calendar clerk of the judge who is to try the case.

(b) Documents to be submitted for Trial

Unless otherwise ordered, counsel shall deliver one copy of the following documents to opposing counsel and the original and two copies to the office of the Clerk of Court at least 10 days before the first case on the civil calendar is to be called for trial:

(1) Documents Required for All Trials

(A) Statement of the Case

(B) Exhibit List

A list of exhibits shall be prepared on a form to be obtained from the Clerk of Court. All exhibits shall be marked for identification with arabic numbers and shall include the case number.

Example: Pltf. of Deft. #1
Civ. 97-000 PAM/JGL

(Multiple parties list name, e.g. Pltf. Smith #1)

These exhibits shall be made available for examination and copying at least 14 days prior to the date the first case on the civil calendar may be called for trial.

(C) Witness List

The list shall include a short statement of the substance of the expected testimony of each witness.

(D) List of Deposition Testimony

The list shall designate those specific parts of deposition to be offered at trial. Any party who wishes to object to deposition testimony shall submit a list of objections at lease 5 days before the first case on the civil calendar is to be called for trial.

(2) Additional Documents for Jury Trials

In all jury trials, counsel shall submit the following documents in addition to the documents listed in LR 39.1(b)(1):

(A) Proposed Voir Dire Questions

(B) Proposed Jury Instructions

Each proposed instruction shall be numbered and on a separate page and shall contain citation to legal authority.

(C) Proposed Special Verdict Forms

(3) Additional Documents for Non-Jury Trials

In all non-jury trials, counsel shall submit proposed findings of fact and conclusions of law in addition to the documents listed in LR 39.1(b)(1).

(c) Failure to Comply

See LR1.3 for sanctions for failure to comply with this rule.

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF

v.

## EXHIBIT AND WITNESS LIST

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (REV. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| vs. | CASE NO. |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |