UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD MCDOUGALL, trustee,

Plaintiffs,

v.

SPINDRIFT, INC., a Minnesota corporation,

Defendant.

Case No. CV 0064 PAM/JGL

**STIPULATED DISMISSAL ORDER**

WHEREAS, the parties have reached a settlement agreement requiring the Defendant to make certain payments to the Plaintiffs; and

WHEREAS, by executing this document below, the parties have indicated their agreement to this Order.

NOW, THEREFORE, it is hereby ordered, adjudged and decreed that this case shall be dismissed with prejudice with each party bearing its own fees and costs with this Court retaining jurisdiction to enforce the parties' settlement agreement.

Date: May 25, 2001

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, Trustee

FILED JUN 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

419761/1

JOHNSON LAW GROUP

Dated: 5/3, 2001

By ______________________________
Scott M. Johnson, #124606
10801 Wayzata Boulevard, #120
Minnetonka, MN 55305
Telephone: (952) 525-1224
**Attorney for Spindrift, Inc.**

ENTERED:

Dated: June 8, 2001

______________________________
Judge of United States District Court